# SEALED

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**PHILLIP DANIELSON, LLC,** *et al.*<br><br>**Defendants** | Case No. 2:14-cv-00896-GMN-VCF<br><br>**FILED UNDER SEAL** |

## *EX PARTE* ORDER
## TEMPORARILY SEALING ENTIRE FILE AND DOCKET

Upon due consideration of the Federal Trade Commission's *Ex Parte* Motion for an Order Temporarily Sealing Entire File and Docket and Memorandum in Support, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the entire file and docket in this action be sealed, and that all documents submitted in this matter be filed under seal, including: (1) Federal Trade Commission's Complaint for Injunction and Other Equitable Relief; (2) *Ex Parte* Motion for a Temporary Restraining Order, Memorandum in Support, and Proposed Temporary Restraining Order; (3) Motion to Admit Government Attorneys; and (4) all exhibits, certifications, and papers filed in support of the FTC's Complaint and TRO Motion.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall not initiate any electronic filing or docketing activity in this matter until the seal has been lifted as described below.

**IT IS FURTHER ORDERED** that this seal does not preclude the Clerk of the Court from providing counsel for the Federal Trade Commission with copies of any orders issued by the Court while the seal remains in effect, and this Order shall not be construed to prohibit the FTC from providing this Order, a temporary restraining order, or other pleadings and papers filed

1

in this action to Defendants, process servers, law enforcement authorities, credit reporting agencies, financial institutions or other persons who may hold assets of Defendants, custodians of business records of Defendants, consumer victims, or potential witnesses for a possible preliminary injunction hearing.

**IT IS FURTHER ORDERED** that, unless otherwise ordered or provided, this seal shall dissolve the earlier of: (a) five (5) business days from the signing and entry of a temporary restraining order in this case; or (b) upon the Clerk's receipt of written notice from the FTC that service of a temporary restraining order or other interim order has been made upon all Defendants or that there is no further need to keep the materials under seal.

**IT IS FURTHER ORDERED** that persons who receive notice of this action and this Order before the seal is lifted shall not disclose the existence of this action, this Order, or the terms of any order entered by this Court, except to the extent necessary to implement any temporary restraining order that the Court may enter.

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 06/16/2014**