## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,            )
                                     )
         Plaintiff,                  )
                                     )    Case No.: 2:14-cv-00896-GMN-VCF
    vs.                              )
                                     )    **ORDER**
PHILIP DANIELSON, LLC et al.         )
                                     )
         Defendants.                  )
_____)

On June 16, 2014, this Court ordered that this entire case and docket be sealed until Plaintiff Federal Trade Commission gives the Court notice that all defendants have been served.

On June 27, 2014, Plaintiff Federal Trade Commission gave this Court notice that it has served the Defendants with the Temporary Restraining Order (ECF No. 11) entered on June 23, 2014, in this case.

Accordingly, upon receiving this notice,

**IT IS HEREBY ORDERED** that the Clerk of the Court **UNSEAL** this entire case.

**DATED** this 2nd day of July, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court