THOMAS J. WIDOR
ADAM M. WESOLOWSKI
Attorneys
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Ph: (202) 326-3039 (Widor)
Fax: (202) 326-3768
Email: twidor@ftc.gov; awesolowski@ftc.gov

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Ph: (702) 388-6336
Fax: (702) 388-6787
Email: blaine.welsh@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP DANIELSON, LLC, *et al.*<br><br>Defendants. | Case No. 2:14-cv-00896-GMN-VCF<br><br>**MOTION TO REMOVE COUNSEL FROM ELECTRONIC SERVICE LIST** |

Plaintiff Federal Trade Commission, through and by its undersigned counsel, hereby respectfully requests that Jonathan E. Nuechterlein be removed from the electronic service list in

this matter.  Mr. Nuechterlein is the General Counsel of the FTC, and he will not personally file any documents in the case.  He also does not require electronic notification of filings or other updates to the case docket.

    Accordingly, the FTC respectfully requests that the Court remove Jonathan E. Nuechterlein from the electronic service list in this matter.

DATED:  August 22, 2014

Respectfully submitted,

/s/ Adam M. Wesolowski
THOMAS J. WIDOR
twidor@ftc.gov, (202) 326-3039
ADAM M. WESOLOWSKI
awesolowski@ftc.gov, (202) 326-3068
600 Pennsylvania Avenue NW, CC-10232
Washington, DC 20580

*Attorneys for Plaintiff*
*FEDERAL TRADE COMMISSION*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  8-26-2014

2

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing MOTION TO REMOVE COUNSEL FROM ELECTRONIC SERVICE LIST on Defendants by e-mail as follows:

Philip J. Danielson, phil.danielson@gmail.com
Individually and on behalf of Philip Danielson, LLC

Sean J. Coberly, seancoberly@gmail.com
Individually and on behalf of Acutus Law, P.C.

Tonya Hawkins, hawkfam23@gmail.com
Individually

Chad E. VanSickle, chad@vansickles.com
Individually and on behalf of emerchant, LLC and Foundation Business Solutions, LLC

Matthew Lewis, mlewis@rqn.com
Ray Quinney & Nebeker P.C.
Attorney for Linden Financial Group, LLC

Matthew Howell, mhowell@fslaw.com
Fillmore Spencer LLC
Attorney for Tony D. Norton, April D. Norton, Direct Results Solutions, LLC, and Strata G Solutions, LLC

                                          /s/ Adam M. Wesolowski
                                          Adam M. Wesolowski