UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP DANIELSON, LLC, *et al.*<br><br>Defendants | Case No. 2:14-cv-00896-GMN-VCF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO TEMPORARILY STAY CASE AS TO CERTAIN DEFENDANTS** |

Upon due consideration of Plaintiff Federal Trade Commission's motion to temporarily stay the case as to Defendants Direct Results Solutions, LLC; Strata G Solutions, LLC; Acutus Law, P.C.; Tony D. Norton; Sean J. Coberly; Tanya L. Hawkins; and Relief Defendant April D. Norton, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion is GRANTED;

**IT IS FURTHER ORDERED** that the case as to Defendants Direct Results Solutions, LLC; Strata G Solutions, LLC; Acutus Law, P.C.; Tony D. Norton; Sean J. Coberly; Tanya L. Hawkins; and Relief Defendant April D. Norton is stayed for 120 days from the date of this Order.

**IT IS SO ORDERED** this 3rd day of November, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court